IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Shumate | ) |
| *Plaintiff* | ) ) ) |
| -vs- | ) *(Jury Demand)* ) |
| City of Chicago, D.G. O'Rourke, and P.J. Brennan | ) ) ) |
| *Defendants* | ) |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. Section §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2. Plaintiff Charles Shumate is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.

4. Defendants D.G. O'Rourke and P.J. Brennan were at all times relevant acting under color of their officer as Chicago Police Officers.

5. On May 11, 2012, defendants O'Rourke and Brennan (hereinafter "the officers") entered plaintiff's dwelling and arrested plaintiff. The officers did not have probable to believe that plaintiff was

subject to arrest. Nor did the officers have a warrant to authorize their entry into plaintiff's dwelling.

6. In entering plaintiff's dwelling without a warrant, the officers acted pursuant to a widespread practice of Chicago police offers to enter dwellings under color of a Chicago police department "stop order."

7. A Chicago police department "stop order" does not meet the requirements of the Fourth Amendment to the Constitution of the United States.

8. As a result of the foregoing, plaintiff was subjected to a false arrest, deprived of his liberty, and deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered against defendants in the amount in excess of of twenty five thousand dollars as compensatory damages and against defendants O'Rourke and Brennan each in an amount in excess of ten thousand dollars as punitive damages.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*attorney for plaintiff*

-2-